1  Susan M. Brown, SBN 199119
   Tina M. Barberi, SBN 213267
2  7493 N. Ingram, Suite 103
   Fresno, California 93711
3  Telephone:    (559) 447-1240
   Facsimile:    (559) 447-1285
4  E-Mail:       sbrown@fresno-law.net

5

6  Attorneys for Defendant
   JOSE MORENO

7

8                 **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10

11  DELIA MAYNEZ and ARTURO MAYNEZ,        Case No. 1:09-CV-01422-AWI-SMS

12              Plaintiffs,

13         vs.

14  ELIZABETH GARZA, CALEB J. KHAN,        **ORDER ON STIPULATION TO SET**
    SUMMERFIELD MORTGAGE & REALTY,         **ASIDE DEFAULT TAKEN BY**
15  AMERICA'S WHOLESALE LENDER, and        **PLAINTIFFS IN STATE COURT**
    JOSE MORENO, and DOES 1 through 50,    **AGAINST DEFENDANT**
16  inclusive,                             **JOSE MORENO**
                  Defendants.
17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO SET ASIDE DEFAULT

1    IT IS HEREBY STIPULATED, by and between plaintiffs Arturo Maynez and Delia

2 Maynez ("Plaintiffs") and defendant Jose Moreno("Moreno"), through their undersigned counsel,

3 as follows:

4    1.    On July 9, 2009, Plaintiffs filed a Request for Entry of Default ("Default") in this

5 action in the Superior Court of California, County of Fresno ("State Court"), against Moreno,

6    2.    On July 9, 2009, a Default was entered in this action against Moreno in State

7 Court,

8    3.    Plaintiff and Moreno have agreed, and hereby Stipulate, that the Default entered

9 against Moreno in State Court on or about July 9, 2009, shall be set aside and that Moreno shall

10 have to and including September 30, 2009, to answer or otherwise respond to Plaintiffs'

11 Complaint; and

12    4.    All rights of the parties are reserved.

13
Dated: August 24, 2009
14
                                        By: /s/ Susan M. Brown
15                                          Susan M. Brown
                                        Attorney for Defendant
16                                      JOSE MORENO

17
Dated: August 24, 2009
18
                                        By: /s/ Juan M. Falcon
19                                          Juan M. Falcon
                                        Attorney for Plaintiffs
20                                      ARTURO MAYNEZ and DELIA MAYNEZ

21

22

23

24

25

26

27

STIPULATION TO SET ASIDE DEFAULT

1

**ORDER**

2

3

4
Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY

ORDERED that:

5

6
1.      The Default entered in this action against defendant Jose Moreno be set aside, and

7
that defendant Jose Moreno shall have to and including September 30, 2009, to

8
answer or otherwise respond to Plaintiffs' complaint.

9

10

11
IT IS SO ORDERED.

12
**Dated:    September 8, 2009**                         **/s/ Sandra M. Snyder**

13
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO SET ASIDE DEFAULT